105 A.3d 1099

RAMON CUEVAS AND JEFFREY CUEVAS, PLAINTIFFS–RE-SPONDENTS, v. WENTWORTH GROUP, WENTWORTH PROP-ERTY MANAGEMENT CORPORATION, AND ARTHUR BARTI-KOFSKY, DEFENDANTS–PETITIONERS.

January 23, 2015.

ORDERED that the petition for certification is granted limited to the issue of whether the trial court erred in denying defendants' request for remittitur.